IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EUGENE WILSON,

     Appellant,

v.                                                     Case No.  5D22-0091
                                                       LT Case No. 2018-CF-991

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 24, 2022

3.800 Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Eugene Wilson, Lowell, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, SASSO and TRAVER, JJ., concur.